**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-2176**

_____

ROY WALTER KRIEGER,

              Plaintiff - Appellant,

     v.

COMMONWEALTH OF VIRGINIA, DEPARTMENT OF SOCIAL SERVICES;
LOUDOUN COUNTY, DEPARTMENT OF FAMILY SERVICES; WARREN COUNTY
DEPARTMENT OF SOCIAL SERVICES; JENNIFER DOYLE,

              Defendants - Appellees,

     and

 LOUDOUN COUNTY, DEPARTMENT OF SOCIAL SERVICES,

              Defendant.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Harrisonburg.  Michael F. Urbanski,
District Judge. (5:13-cv-00073-MFU-JGW)

_____

Submitted:  March 27, 2015         Decided:  April 9, 2015

_____

Before NIEMEYER and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Roy Walter Krieger, Appellant Pro Se.  Mikie F. Melis, OFFICE OF
THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia; Heather

Kathleen Bardot, BANCROFT, MCGAVIN, HORVATH & JUDKINS, PC, Fairfax, Virginia, for Appellees.

————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roy Walter Krieger appeals the district court's order accepting in part and rejecting in part the magistrate judge's recommendation and dismissing Krieger's 42 U.S.C. § 1983 (2012) complaint with prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Krieger v. Commonwealth of Va., Dep't of Soc. Servs., No. 5:13-cv-00073-MFU-JGW (W.D. Va. Sept. 30, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED